JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Julian Bryant, | Case No. 2:22-cv-09363-RGK-JPRx |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| Ronald Chan, et al., | |
| Defendant(s). | |

On February 23, 2023, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [20] ("OSC"), which ordered defendants to file a response to the operative complaint on or before February 27, 2023; OR if defendants failed to respond, Plaintiff was to file an application for entry of default by clerk on or before March 1, 2023. To date, no response has been filed by defendants or plaintiff. Accordingly, this case dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: March 2, 2023

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE